Raymond R. Miller, Esq. SBN 144398
Law Office of Raymond R. Miller
P.O. Box 2177
Castro Valley, CA 94546

Telephone: 510-938-0075
Facsimile: 510-790-4911
Attorneys for the Debtor Defendant
Christopher D. Cook

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Chapter 7 |
| | Case No. #11-30705 TC-7 |
| **Christopher D. Cook** | |
| **SSN *3026** | |
|         **Debtor** | |
| | **Adversary No.: 11-03115** |
| **Stephanie Rosen and Mike Rosen** | |
|         **Plaintiff** | Date: October 21, 2011 |
| vs. | Time: 9:30 am |
| | Place: U.S. Bankruptcy Court, 235 Pine |
| **Christopher D. Cook** | Street, 23rd Floor Courtroom, San |
|         **Defendant** | Francisco, Ca. |
| | Judge: Thomas Carlson |

**NOTICE HEARING ON DEBTOR'S MOTION TO STRIKE AND OR DISMISS AMENDED ADVERSARY COMPLAINT FILED BY PLAINTIFF STEPHANIE TOY ROSEN, ET AL ( F.R.C.P. Section 12(b)(6); Bk.R.C.P. 7012(b)(6); F.R.C.P. Section 12(f); F.R.C.P. Section 9(b)**

**NOTICE OF DATE AND TIME OF HEARING.**

**1. PLEASE TAKE NOTICE:** a Hearing will be held on **October 21, 2011 at 09:30 AM**, or as soon thereafter as the matter may be heard, in the United States Bankruptcy Courtroom of the Honorable Judge Thomas Carlson, located in U.S. Bankruptcy Court, 235 Pine Street, 23rd

NOTICE HEARING ON DEBTOR'S MOTION TO STRIKE AND OR DISMISS AMENDED ADVERSARY COMPLAINT FILED BY PLAINTIFF STEPHANIE TOY ROSEN, ET AL ( F.R.C.P. Section 12(b)(6); Bk.R.C.P. 7012(b)(6); F.R.C.P. Section 12(f); F.R.C.P. Section 9(b)

Page 1 of 3

Case 11-03115   Doc# 19   Filed: 09/22/11   Entered: 09/22/11 20:00:39   Page 1 of 3

Floor Courtroom, San Francisco, Ca. on the Debtor Christopher D. Cook's MOTION TO DISMISS ADVERSARY COMPLAINT FILED BY PLAINTIFF STEPHANIE ROSEN, ET AL, in the above adversary complaint.

2. Any interested party opposing the above motion/s must appear at the scheduled hearing; FAILURE TO APPEAR AT THIS HEARING OR TO FILE A TIMELY OPPOSITION TO THE MOTION MAY RESULT IN THE COURT GRANTING THE MOVING PARTY'S REQUEST BY DEFAULT.

3. When the hearing matter is governed by Bankruptcy Local Rules 7007-1, any responsive pleadings by the opposing party must be filed with the Bankruptcy Court and served on the undersigned counsel for the Moving Party at least FOURTEEN DAYS before the hearing.

4. Bankruptcy Local Rules 7007-1, provides in relevant part;

7007-1. Motions In Adversary Proceeding.
(a) Time. Except as otherwise ordered, and except for motions made during the course of trial, all motions shall be filed and served at least 28 days before the hearing date.
(b) Opposition. Any opposition to a motion shall be filed and served at least 14 days before the hearing date.
(c) Statement of No Opposition. If the party against which the motion is directed does not oppose the motion, that party shall file a Statement of No Opposition within the time for filing and serving any opposition.
(d) Counter-Motions. Together with an opposition, a party responding to a motion may file a counter-motion related to the subject matter of the original motion. Such counter-motion shall be noticed for hearing on the same date as the original motion.
(e) Reply. Any reply to an opposition, or opposition to a counter-motion, shall be filed and served by the moving party at least 7 days before the hearing.
(f) Motion Papers. B.L.R.s 9013-1, 9013-2 and 9013-3 shall apply to motions filed in adversary proceedings.

5. Copies of this Notice, the Motion, and related Exhibits and other pleadings, may be obtained directly from the U.S. Bankruptcy Court's file located at the above referenced address or

NOTICE HEARING ON DEBTOR'S MOTION TO STRIKE AND OR DISMISS AMENDED ADVERSARY COMPLAINT FILED BY PLAINTIFF STEPHANIE TOY ROSEN, ET AL ( F.R.C.P. Section 12(b)(6); Bk.R.C.P. 7012(b)(6); F.R.C.P. Section 12(f); F.R.C.P. Section 9(b)

Page 2 of 3

Case: 11-03115    Doc# 19    Filed: 09/22/11    Entered: 09/22/11 20:00:39    Page 2 of 3

by written request upon Debtor's counsel.

Respectfully submitted,

Dated: September 22, 2011     /s/   Raymond R. Miller
                              Raymond R. Miller, Esquire, Attorney for
                              Defendant Christopher D. Cook

NOTICE HEARING ON DEBTOR'S MOTION TO STRIKE AND OR DISMISS AMENDED ADVERSARY COMPLAINT FILED BY PLAINTIFF STEPHANIE TOY ROSEN, ET AL ( F.R.C.P. Section 12(b)(6); Bk.R.C.P. 7012(b)(6); F.R.C.P. Section 12(f); F.R.C.P. Section 9(b)

Page 3 of 3

Case 11-03115    Doc# 19    Filed: 09/22/11    Entered: 09/22/11 20:00:39    Page 3 of 3